UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-115-2-D
NO. 5:15-CR-115-3-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DAVID RICKY GODWIN JR. ) | |
| RGB, INC. a/k/a REGIONAL ) | |
| AMUSEMENTS, INC. ) | |
| ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 101 and its accompanying Orders in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

SO ORDERED.

This the __9__ day of ___March___, 2016

THE HONORABLE JAMES C. DEVER III
Chief United States District Judge